DANIEL J. BRODERICK, #89424
Federal Defender
SAMYA BURNEY, CA Bar #224049
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAYNA M. BOSWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-cr-00178 SMS-1 |
| Plaintiff, | ORDER AUTHORIZING ENROLLMENT IN AN ON-LINE FIRST OFFENDER DUI PROGRAM |
| v. | |
| JAYNA M. BOSWELL, | |
| Defendant. | Judge: Hon. Barbara M. McAuliffe |

**IT IS HEREBY ORDERED** that as part of her sentence in this matter, Ms. Boswell is required to complete an appropriate DUI program. The Court hereby approves Ms. Boswell's request to enroll in and complete an on-line first offender DUI program in satisfaction of this sentencing requirement.

IT IS SO ORDERED.

Dated: **January 1, 2012**        /s/ **Barbara A. McAuliffe**
                                UNITED STATES MAGISTRATE JUDGE